1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11

12  ED HULL,

13          Plaintiff,

14      v.

15  PESA'H ENTERPRISES, LLC, A
    CALIFORNIA LIMITED LIABILITY
16  COMPANY; AND DOES 1-10,

17          Defendants.

18
19
20

Case No.: 2:20-cv-09955-JFW-RAO

*Hon. John F. Walter*

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

Action Filed: October 28, 2020
Trial Date:     Not on Calendar

21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1   Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before

2   it, and being fully advised finds as follows:

3   **IT IS ORDERED THAT:**

4   Plaintiff Ed Hull's ("Plaintiff") action against Defendant PESA'H Enterprises,

5   LLC, ("Defendant") is dismissed with prejudice. Each party will be responsible for their

6   own fees and costs.

7

8

9

10

11

12   Dated: _____          _____
                                                     Hon. John F. Walter
13                                                   United States District Judge
                                                     Central District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE