JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>          Plaintiff,<br><br>     v.<br><br>PESA'H ENTERPRISES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1-10,<br><br>          Defendants. | Case No.: 2:20-cv-09955-JFW-RAOx<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 28, 2020<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendant PESA'H Enterprises, LLC, ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated:  January 6, 2021

Hon. John F. Walter
United States District Judge
Central District of California

1

ORDER FOR DISMISSAL WITH PREJUDICE